2

**David R. Jenkins, #95301**
**David R. Jenkins, PC**
**8050 N. Palm Ave., Suite 300**
**Fresno, California 93711**
**Telephone (559) 264-5695**
**Facsimile (559) 264-5693**
**email/eservice david@drjbklaw.com**

Attorneys for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| In the Matter of<br><br>RAYMOND CASUGA ,<br><br>Debtor(s). | 19-15117-B-13F<br>Chapter 13<br>DC DRJ-2<br>Date: April 1, 2020<br>Time: 9:30 a.m.<br>Department B, Judge Lastreto<br>Courtroom 13, Fifth Floor<br>2500 Tulare St. Fresno, California |
|---|---|

**MOTION FOR CONFIRMATION**
**OF FIRST MODIFIED CHAPTER 13 PLAN DATED February 6, 2020**

The Debtor hereby moves for the entry of an order confirming the First Modified Chapter 13 Plan that was filed concurrently with this motion. This motion is made and based on the Plan, on the Declaration in Support of the Plan that the Debtor is filing and serving concurrently herewith, on the contents of the Debtor's Schedules and Statement of Affairs including any amendments thereto, and on the testimony of the Debtor at the creditors meeting. In support of this motion, the Debtor alleges and cites:

1. This case was commenced by the filing of a voluntary petition for relief under Title 11 U.S.C. Chapter 13 on December 8, 2019.

2. The Debtor filed the above captioned Chapter 13 case for the good faith purpose of paying secured and priority unsecured claims and, to the extent of ability, paying non-priority unsecured claims. It became evident that the originally proposed plan was not confirmable.

3. The Amended Schedules and Forms 122 C filed concurrently with this motion accurately reflect the Debtor's medical expenses and additional housing costs.

    A. The Plan payment will be as actually paid for plan months 1 and each month $2233.00 for plan months 2 to 60.

    B. The First Modified Plan provides for the payment of Debtor's scheduled priority claims totaling $85, 169.55.

    D. Debtor's attorney's additional fees subject to prior court approval of $6500.00 shall be paid though the plan.

4. The plan complies with the provisions of Chapter 13 and any other applicable provisions of the Bankruptcy Code.

5. There are no unpaid fees, charges or amounts required to be paid under Chapter 13 of Title 28 or by the modified plan prior to confirmation.

6. The Debtor has proposed the plan in good faith and not by any means forbidden by law within the meaning of Section 1325(a)(3).

7. The modified plan provides for a minimum distribution to holders of non-priority unsecured claims equal to 13% of the allowed amount of the claim, rather than 15.0% under the originally proposed plan.

8. As evidenced by the Amended Schedules I and J that are being filed and served concurrently with this motion, the Debtor is able to make the payments required by the modified plan.

9. Based on the foregoing, the Debtor respectfully requests that the Court confirm the First Modified Chapter 13 Plan, dated February 6, 2020.

Dated: February 7, 2020

                                      **/s/ David R. Jenkins**
                                      David R. Jenkins, Attorney for Debtor(s)