2

**David R. Jenkins, #95301**
**David R. Jenkins, PC**
**8050 N. Palm Ave, Suite 300**
**Fresno, California 93711**
**Telephone (559) 264-5695**
**Facsimile (559) 264-5693**
**email eservice david@drjbklaw.com**

Attorneys for Debtor(s)

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>RAYMOND CASUGA<br><br>Debtor(s). | 19-15117-B-13 F<br>Chapter 13<br><br>DC DRJ-2<br><br>Date: April 1, 2020<br>Time: 9:30 a.m.<br>Department B, Judge Lastreto<br>Courtroom 13, Fifth Floor<br>2500 Tulare St. Fresno, California |

**NOTICE OF HEARING ON MOTION FOR CONFIRMATION OF FIRST MODIFIED CHAPTER 13 PLAN, dated February 6, 2020**

TO THE CHAPTER 13 TRUSTEE, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Debtor has filed a First Modified Chapter 13 plan, a copy of which is being served herewith upon you. If you wish to object to confirmation of the modified plan, it is incumbent on you to file an objection not later than fourteen calendar days before the hearing on confirmation. A hearing will be held on the Debtor's motion to confirm the modified plan on April 1, 2020 in Department B of the United States Bankruptcy Court, 2500 Tulare Street, Fifth Floor, Courtroom 13, Fresno, California. Any objection and all evidence supporting the objection shall be served on the Trustee, US Trustee, and Debtor's attorney at the addresses stated in this notice no later than 14 days prior to the hearing. In the absence of timely and proper opposition, the Court may remove this matter from calendar and dispose of it without oral argument.

To determine whether the matter has been resolved without oral argument or the Court has issued a tentative ruling, and view [any] pre-hearing dispositions parties may check the Court's website "www.caeb.uscourts.gov" after 4:00 P.M. the day before the hearing; select "Pre-hearing Dispositions," the judge and the date and time of the hearing.

You are permitted to appear at the hearing by telephone. To do so, contact Court Call Conference Service at 866-582-6878 or at CourtCall.com. Telephonic court appearances must be arranged at least 24 hours in advance of the court hearing. A fee payable to Court Call Conference Service will apply. Parties appearing telephonically must view the pre-hearing dispositions before the hearing. Persons using Court Call are cautioned that they do so at their own risk. The hearing will not be rescheduled due to a missed connection.

For the purposes of complying with the requirement of service the names and addresses of the parties required to be served are as follows:

| David R. Jenkins | Michael H. Meyer | Office of the U.S. Trustee |
|---|---|---|
| 8050 N. Palm Ave. #300 | Chapter 13 Trustee | United States Courthouse |
| Fresno, CA 93711 | P.O. Box 28950 | 2500 Tulare Street, Room 1401 |
| or by email to | Fresno, CA 93729-8950 | Fresno, CA 93721-1326 |
| david@drjbklaw.com | or by email to | or by email to |
| | cvinson@meyer13.com | ustpregion17.fr.ecf@usdoj.gov |

Dated: February 7, 2020

                                       **/s/ David R. Jenkins**
                                       David R. Jenkins, Attorney for Debtor(s)