UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| IN RE:  RAYMOND CASUGA | CASE NO: 19-15117<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. DRJ-2<br>Judge: Lastreto<br>Hearing Location: Fifth Floor,  Courtroom 13, 2500 Tulare St., Fresno CA<br>Hearing Date: April 1, 2020<br>Hearing Time: 9:30 am |

On 2/7/2020, I did cause a copy of the following documents, described below,

NOTICE OF HEARING ON MOTION TO CONFIRM FIRST MODIFIED PLAN DATED FEBRUARY 6, 2020 ECF Docket Reference No. DRJ-2

MOTION TO CONFIRM FIRST MODIFIED PLAN DATED FEBRUARY 6, 2020 DRJ-2

DECLARATION IN SUPPORT OF MOTION TO CONFIRM FIRST MODIFIED PLAN DATED FEBRUARY 6, 2020 DRJ-2

DECLARATION OF ADAM CASUGA REGARDING CONTRIBUTIONS TO HOUSEHOLD DRJ-2

FIRST MODIFIED PLAN DATED FEBRUARY 6, 2020 DRJ-2

AMENDED FORM 122C DRJ-2

AMENDED SCHEDULES I & J DRJ-2

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/7/2020

/s/ David R. Jenkins
David R. Jenkins  95301
David R. Jenkins, PC
8050 N Palm Ave, Ste 300
Fresno, CA  93711
559 264 5695

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| IN RE: RAYMOND CASUGA | CASE NO: 19-15117 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No. DRJ-2<br>Judge: Lastreto<br>Hearing Location: Fifth Floor, Courtroom 13, 2500 Tulare St., Fresno CA<br>Hearing Date: April 1, 2020<br>Hearing Time: 9:30 am |

On 2/7/2020, a copy of the following documents, described below,

NOTICE OF HEARING ON MOTION TO CONFIRM FIRST MODIFIED PLAN DATED FEBRUARY 6, 2020 ECF Docket Reference No. DRJ-2

MOTION TO CONFIRM FIRST MODIFIED PLAN DATED FEBRUARY 6, 2020 DRJ-2

DECLARATION IN SUPPORT OF MOTION TO CONFIRM FIRST MODIFIED PLAN DATED FEBRUARY 6, 2020 DRJ-2

DECLARATION OF ADAM CASUGA REGARDING CONTRIBUTIONS TO HOUSEHOLD DRJ-2

FIRST MODIFIED PLAN DATED FEBRUARY 6, 2020 DRJ-2

AMENDED FORM 122C DRJ-2

AMENDED SCHEDULES I & J DRJ-2

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/7/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David R. Jenkins
David R. Jenkins, PC
8050 N Palm Ave, Ste 300
Fresno, CA 93711

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| CASE INFO | DEBTOR | CBNA |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>09721<br>CASE 19-15117<br>EASTERN DISTRICT OF CALIFORNIA<br>FRESNO<br>FRI FEB 7 12-05-04 PST 2020 | RAYMOND CASUGA<br>1564 W MENLO AVENUE<br>FRESNO CA 93711-1307 | ATTN CENTRALIZED BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |

| CBNA | CITIBANK | CITIBANK |
|---|---|---|
| PO BOX 6217<br>SIOUX FALLS SD 57117-6217 | ATTN RECOVERY CENTRALIZED BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | PO BOX 6217<br>SIOUX FALLS SD 57117-6217 |

| CITIBANK NA | CITIBANKNA | CITIBANKNA |
|---|---|---|
| 5800 S CORPORATE PL<br>SIOUX FALLS SD 57108-5027 | CITIBANK CORP CENTRALIZED BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | PO BOX 6181<br>SIOUX FALLS SD 57117-6181 |

| FRANCHISE TAX BOARD | FRANCHISETAX BOARD | INTERNAL REVENUE SERVICE |
|---|---|---|
| BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

| DAVID R JENKINS | LVNV FUNDING LLC | LAURA HAMILL |
|---|---|---|
| 8050 N PALM AVE STE 300<br>FRESNO CA 93711-5510 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | 1125 E PORTLAND<br>FRESNO CA 93720-2210 |

| LOANME INC | LOANME INC | LOANME INC |
|---|---|---|
| 1900 S STATE COLLEGE BLV<br>ANAHEIM CA 92806-0101 | ATTN BANKRUPTCY<br>1900 S STATE COLLEGE BLVD<br>ANAHEIM CA 92806-0101 | 1900 S STATE COLLEGE BLVD SUITE 300<br>ANAHEIM CA 92806-6152 |

| MICHAEL H MEYER | OFFICE OF THE US TRUSTEE | PORTFOLIO RECOVERY ASSOCIATES LLC |
|---|---|---|
| PO BOX 28950<br>FRESNO CA 93729-8950 | UNITED STATES COURTHOUSE<br>2500 TULARE STREET ROOM 1401<br>FRESNO CA 93721-1326 | PO BOX 41067<br>NORFOLK VA 23541-1067 |