Filed 07/13/20     Case 19-15117     Doc 70

DAVID R JENKINS #95301

DAVID R JENKINS PC

8050 N PALM AVE STE 300

FRESNO, CA 93711

(559)264-5695

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re:<br>RAYMOND CASUGA<br>           Debtor, | Case No. 19-15117-B-13F<br>DC# DRJ-2<br>Date: June 24, 2020<br>Time: 9:30 AM<br>Place: U. S. Courthouse<br>      Dept. B, Courtroom 13<br>      5th Floor<br>      2500 Tulare Street<br>      Fresno, CA 93721<br>Judge: Hon. Rene Lastreto II |

**ORDER CONFIRMING FIRST MODIFIED PLAN**

The First Modified Chapter 13 Plan filed on February 7, 2020 has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address;

2. The Debtor shall immediately notify the Trustee, in writing, of any termination, reduction of, or other change in the employment of the Debtor; and

3. The Debtor shall appear in court whenever notified to do so by the Court.

**IT IS FURTHER ORDERED** that the debtor's attorney will seek approval of his fees by filing and serving an application in compliance with U.S.C. sections 329 and 330, and Fed. R. Bankr. P. 2002, 2016 and 2017.

RECEIVED
July 10, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006801952

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows:

1. The court shall retain jurisdiction to reexamine the issue as to whether the unsecured creditors are receiving that which they would in the event of liquidation under Chapter 7. The plan satisfies liquidation at this time.

2. This case shall be subject to an annual review by the Chapter 13 Trustee commencing in June 2020, and continuing until the case is closed. Debtor will provide to the Trustee verification of the household number, whether any members of the household are working, their wages, and whether those members are contributing to the household expenses of the debtor.

Date: July 2, 2020

_____
Approved by DAVID R JENKINS

Date: 7/6/20

_____
Approved by the Chapter 13 Trustee as to form

Dated: Jul 13, 2020

By the Court

_____
René Lastreto II, Judge
United States Bankruptcy Court

2